SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
MARIO MENDOZA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO MENDOZA,<br><br>Plaintiff,<br><br>vs.<br><br>AP HOSPITALITY LLC; BALUBHAI N. PATEL, AS TRUSTEE OF THE BALUBHAI N. AND DEVYANI B. PATEL FAMILY TRUST; and DOES 1 to 10,<br><br>Defendants. | **Case No.: 2:24-cv-08805-ODW (MAAx)**<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff MARIO MENDOZA ("Plaintiff") and Defendants AP HOSPITALITY LLC and BALUBHAI N. PATEL, AS TRUSTEE OF THE BALUBHAI N. AND DEVYANI B. PATEL FAMILY TRUST stipulate that this Court dismiss the above-captioned action in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

\\

\\

\\

Respectfully submitted,

DATED: November 20, 2025        SO. CAL. EQUAL ACCESS GROUP

By:   /s/  *Jason J. Kim*
        Jason J. Kim
        Attorneys for Plaintiff

DATED: November 20, 2025  Law Offices of Frank Weiser

By:   */s/ Frank A Weiser*
        Frank A Weiser, Esq.
        Attorneys for Defendants
        AP HOSPITALITY LLC and BALUBHAI N.
        PATEL, AS TRUSTEE OF THE
        BALUBHAI N. AND DEVYANI B. PATEL
        FAMILY TRUST

### <u>Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)</u>

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 20, 2025        By: */s/ Jason J. Kim*
                     Jason J. Kim

STIPULATION FOR DISMISSAL