## CIVIL MINUTES – GENERAL

| Case No. | 2:24-cv-08805-ODW (MAAx) | Date | November 20, 2025 |
|---|---|---|---|
| Title | *Mario Mendoza v. AP Hospitality LLC et al.* | | |

Present: The Honorable    Otis D. Wright, II, United States District Judge

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**                          **In Chambers**

Pursuant to the parties' Stipulation for Dismissal, (Dkt. No. 25), and Federal Rule of Civil Procedure 41(a)(1):

**IT IS HEREBY ORDERED** that:

1.      The entire action and all claims asserted therein are hereby **DISMISSED WITHOUT PREJUDICE**; and

2.      All dates and deadlines in this action are **VACATED** and taken off calendar.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

                                                                              :      00

                                        Initials of Preparer    SE